**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-po-00105-DMC-1 |
| Plaintiff, | Citation No. F5464816 |
| v. | |
| JOE WHATLEY, | ORDER |
| Defendant. | |

For good cause shown and on the government's request, this action is dismissed. All pending hearing dates are vacated.

IT IS DO ORDERED.

Dated:  March 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1